IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD HARRISON BURNETT | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRINGFIELD TOWNSHIP, *et al.* | : | No. 13-1646 |
| Defendants. | : | |

# ORDER

**AND NOW**, this 8th day of July, 2014, upon consideration of the motions to dismiss filed by Defendants (Docs. 7, 23) and Plaintiff's responses (Docs. 9, 25), having held oral argument on the motions, and having considered the supplemental briefing submitted by the parties (Docs. 36, 39, 4), it is hereby **ORDERED** that:

1. The motions to dismiss (Doc. 7, 23) are **GRANTED.**  The Clerk shall mark the case closed.

2. Plaintiff is granted leave to file a Second Amended Complaint consistent with this Court's Memorandum within **twenty (20) days** of this Order.  If Plaintiff does so, the Clerk shall re-open the matter.

BY THE COURT:

**/s/ L. Felipe Restrepo**
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE